## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

JERRY KERR                                                                                                      PLAINTIFF
ADC #138631

v.                                             NO. 5:11CV00214 JLH

JAMES WALKER, *et al.*                                                                            DEFENDANTS

### JUDGMENT

Pursuant to the Order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

DATED this 24th day of October, 2011.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE